In the Southern District of Brownsville Texas Division

Defendant:
Willacy County Jail.

Petitioner
Daniel David, Gomez

Case No.: B-19-170

United States District Court
Southern District of Texas
FILED

SEP 0 4 2019

David J. Bradley, Clerk of Court

"Section 1983 Lawsuit"

I.

On Aug 28, 2019 Corporal Edwardo Garza Violated the Biven's Clause. Denying my right to Excercise my Legal Remedies telling me he couldn't and to get with my Lawyer, I then requested For a 1983 Petition Form, and the address to the Brownsville Federal Courthouse and "For paper" so I can File a petition For Several Violation's Willacy County Jail is

in Violation Under the United States Constitution, and the United States Government; I asked Corporal Garza For case's so I could study my Legal Remedies He told me he couldn't help me cause this isn't a prison and to get with my Attorney! cause I have no right to study my Legal Remedies; violating the Biven's Clause and violation the United States Constitution an the United States

Government, in which I had to File my petetion on "Toilet Paper" due to being Denied "Paper", and Legal Action Violating my 8th Amendment of Cruel and Unusual Punishment, and 14th Amendment of the right to be "treated Equally"; am my Due Process right's to "study my Legal" Remedies; there is No Law Library in willacy Co. Jail to Study an Excercise your Legal Remedies; No Library in which We can Read books; our Food is not made From the Jail, and is brought to us From another Facility and served to us cold; I recently had Food Poisioning and had to be rushed to the hospital an taking liquid Medicine. A officer, Ms. Vela just got Fired For having Sexual Relationship with a Trustee Inmate, but the Inmate is still a Trustee; and "Officers Promote" that the Only ones can be Trustee's have to have Registerered Sex Offender "Cases, an Sex Case's", and Controlled Substances case's, are Trustee-Status; an TV's in Tank's, but not in Isolation cell's, Violate: the Equal Treatment Clause. I was Assaulted while held down by: Officer Garza causing me Internal bleeding in my eye. Including another Inmate, an no punishment I was given to the Assaulter. I was put In Isolation For 30 Day's; A Inmate Just Passed away For officer or Hosp Negligence in which I fear For my my life X Daniel D. Gomez

I, <u>Daniel David, Gomez</u> due swear under the penalty of Perjury that everything stated above is true and correct to the best of my knowledge.

Date: <u>Aug 28, 2019</u> Tank #160

✗ *Daniel D. Gomez*

Re: Address: Daniel David, Gomez
Willacy County Jail.
1371 Industrial Dr.
Raymondville, Texas
78580

"<u>Witnesses</u>": to Sustain these Allegations: #160

Martin Mendoza JR.

✗ *Martin Mendoza*

Randall Grimaldo

✗ *Randall Grimaldo*

Felipe Olivarez

✗ *[signature]*

P.S. IF the Inmate didn't die, he was hospitalized For OFFicer Negligence, but they're saying the Inmate Passed away?



Daniel David Gomez #160
1371 Industrial Dr.
Raymondville, TX
78580

"Legal Material"

"Urgent Matter"

MAIL
United States District Court
Southern District of Texas
SEP -4 2019
RECEIVED
David J. Bradley, Clerk of Court

B-19-170

In the Southern District
of Federal Brownsville Division
"Brownsville Federal Court"
"District Clerk's" Office
600 E. Harrision. St
Brownsville, Texas
78520